Appeal No. 74-31. Martha Davenport *v.* Bliss Realty, Inc. *et al.* Matter came on to be heard on a show cause order entered on September 18, 1974. Plaintiff not appearing and no cause being shown, the same is dismissed for failure to

comply with Rule 16 of the rules of this Court. *Gunning, LaFazia, Gnys & Selya, Guy J. Wells,* for plaintiff. *John F. Dolan,* for defendants.